96 A.3d 986

**Edward GOODMAN, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 16, 2014.

Edward Goodman, Pro Se.

John Jason Talaber, PA Board of Probation & Parole, Harrisburg, PA, for appellee Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of June, 2014, the Order of the Commonwealth Court is **AFFIRMED.**

96 A.3d 986

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stephen REID, Petitioner.**

Supreme Court of Pennsylvania.

July 8, 2014.